U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN WOLBERG,  )
    PLAINTIFF  )
  )
  )    CIVIL ACTION NO.:
VS.  )
  )
MTD PRODUCTS INC.  )    MAGISTRATE JUDGE Alexander
    DEFENDANT  )

04 10893 GAO

RECEIPT #
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK
DATE 5/5/04

## DEFENDANT'S ANSWER AND JURY CLAIM

1. The Defendant is without knowledge or information sufficient to admit or deny this allegation.

2. The Defendant responds to this allegation by stating its proper corporate name is MTD Products Inc. and that it is a duly organized Delaware corporation with a principle place of business in Valley City, Ohio. The Defendant admits it manufactures and sells outdoor power equipment including snow blowers.

3. The Defendant is without knowledge or information sufficient to admit or deny this allegation.

4. The Defendant is without knowledge or information sufficient to admit or deny this allegation.

5. Denied.

6. Denied.

7. Denied.

COUNT I

8. The Defendant repeats and incorporates its prior responses.

9. Denied.

COUNT II

10. The Defendant repeats and incorporates its prior responses.

11. Denied.

COUNT III

12. The Defendant repeats and incorporates its prior responses.

13. Denied.

## AFFIRMATIVE DEFENSES

1. The Plaintiff's injuries and damages were the result of his own negligence and such negligence is of a degree sufficient to bar or diminish recovery.

2. The Plaintiff's injuries and damages were caused by a person or persons for whose conduct the Defendant was not responsible.

3. Each count of the Plaintiff's Complaint fails to state or claim upon which relief may be granted.

4. The Plaintiff's claim for breach of warranty is barred by the Plaintiff's failure to give timely notice of breach of warranty resulting in prejudice to the Defendant.

5. The Plaintiff's claim for recovery of damages pursuant to Massachusetts General Laws, Chapter 93A is barred by the failure to send a pursuit demand letter which complies with the requirements of Section 9 of that statute.

6. THE DEFENDANT CLAIMS A TRIAL BY JURY.

By its attorneys,
CURLEY & CURLEY, P.C.

Eugene F. Nowell
BBO #374860
27 School Street
Boston, MA 02108
(617) 523-2950

## CERTIFICATE OF SERVICE

I, Eugene F. Nowell, attorney for the Defendant hereby certify that I served a true and correct copy of the above pleading by mailing postage prepaid to Peter J. Schneider, Esquire, Cooley Manion Jones, LLP, 21 Custom House Street, Boston, MA 021110.

Eugene F. Nowell

Date: 5/5/04