# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

CIVIL DOCKET# MICV2004-01593-J

RE: Wolberg v MTD Products, Inc.

TO: Peter J Schneider, Esquire
Cooley Manion & Jones
21 Custom House Street
Boston, MA 02110

## TRACKING ORDER - A TRACK

You are hereby notified that this case is on the average (A) track as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 07/13/2004 |
| Response to the complaint filed (also see MRCP 12) | 09/11/2004 |
| All motions under MRCP 12, 19, and 20 filed | 09/11/2004 |
| All motions under MRCP 15 filed | 07/08/2005 |
| All discovery requests and depositions completed | 06/03/2006 |
| All motions under MRCP 56 served and heard | 08/02/2006 |
| Final pre-trial conference held and firm trial date set | 11/30/2006 |
| Case disposed | 04/14/2007 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session J sitting **in Rm 9B (Cambridge), Middlesex Superior Court.**

Dated: 04/15/2004

Edward J. Sullivan
Clerk of the Courts

BY: Michael H. Powers/James Lynch
Assistant Clerk

Location: Rm 9B (Cambridge)
Telephone: 617-494-4010 EXT 4274

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website for status of case: http://ma-trialcourts.org/tcic
cvdtraca_2.wpd 2546818 inidoc01 dipacee

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

CIVIL DOCKET# MICV2004-01593-J

RE: Wolberg v MTD Products, Inc.

TO: Patrick T Jones, Esquire
Cooley Manion & Jones
21 Custom House Street
6th floor
Boston, MA 02110

## TRACKING ORDER - A TRACK

You are hereby notified that this case is on the average (A) track as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 07/13/2004 |
| Response to the complaint filed (also see MRCP 12) | 09/11/2004 |
| All motions under MRCP 12, 19, and 20 filed | 09/11/2004 |
| All motions under MRCP 15 filed | 07/08/2005 |
| All discovery requests and depositions completed | 06/03/2006 |
| All motions under MRCP 56 served and heard | 08/02/2006 |
| Final pre-trial conference held and firm trial date set | 11/30/2006 |
| Case disposed | 04/14/2007 |

The final pre-trial deadline is **not the scheduled date of the conference.** You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session J sitting **in Rm 9B (Cambridge), Middlesex Superior Court.**

Dated: 04/15/2004

Edward J. Sullivan
Clerk of the Courts

BY: Michael H. Powers/James Lynch
Assistant Clerk

Location: Rm 9B (Cambridge)
Telephone: 617-494-4010 EXT 4274

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04-1593 | Trial Court of Massachusetts Superior Court Department  County: MIDDLESEX |
|---|---|---|

**PLAINTIFF(S)**
STEVEN WOLBERG

**DEFENDANT(S)**
MTD PRODUCTS, INC.

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**
Patrick T. Jones, Esq. (253960)
COOLEY MANION JONES LLP
21 Custom House Street, Boston MA 02110
Board of Bar Overseers number: (617-737-3100)

**ATTORNEY (if known)**

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B05 | Product Liability | ( F ) | ( X ) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ......... $ 57,403.00
2. Total Doctor expenses ......... $ 25,287.00
3. Total chiropractic expenses ......... $
4. Total physical therapy expenses ......... $ unknown
5. Total other expenses (describe) ......... $
   Subtotal $ 82,593.00
B. Documented lost wages and compensation to date ......... $ unknown
C. Documented property damages to date ......... $
D. Reasonably anticipated future medical and hospital expenses ......... $ substantial
E. Reasonably anticipated lost wages ......... $ unknown
F. Other documented items of damages (describe)
   $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

As a direct and proximate result of defendant's failure, plaintiff suffered a partial amputation of one finger and the crushing of the bones in the remainder of his hand. He has endured great pain and suffering and will be permanently impaired.

TOTAL $ 82,593.00

*FILED IN THE OFFICE OF THE CLERK OF THE COURTS FOR THE COUNTY OF MIDDLESEX APR 14 2004*

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $. . . . . . . . . . . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record   DATE: 4/8/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

## COOLEY MANION JONES LLP

JON S. BAROOSHIAN
RICHARD M. BURKE
KATHRYN R. COLBURN
EARLE C. COOLEY
DONNA R. CORCORAN
CHRISTOPHER J. CUNIO
ROBERT A. DELELLO
JENNIFER B. FUREY
MARTIN F. GAYNOR III
BRIAN D. GROSS*
JOHN T. HUGO
TRACY A. R. JOLLY
PATRICK T. JONES*
TIMOTHY C. KELLEHER III
HARRY L. MANION III
JOHN B. MANNING*
KENNETH J. MARTIN
KERRI L. MCCOMISKEY
JAIMIE A. MCKEAN
KEITH M. MCLEAN
LISA M. SNYDER
JESSICA A. STACY~
NICHOLAS D. STELLAKIS
JONATHAN F. TABASKY*†

COUNSELLORS AT LAW

21 CUSTOM HOUSE STREET

BOSTON, MASSACHUSETTS 02110-3536

(617) 737-3100

FACSIMILE (617) 737-3113

www.cooleymanionjones.com

PAUL F. BECKWITH
RONALD T. EVERS
KEVIN M. GLYNN
ARTHUR GRIMALDO II~
FRANK A. MARINELLI*
CHRISTINE M. NORTH^
PETER J. SCHNEIDER*
MELODY M. WILKINSON~
OF COUNSEL

RHODE ISLAND OFFICE
ONE CENTER PLACE
PROVIDENCE, RHODE ISLAND 02903
(401) 273-0800

TEXAS OFFICE
100 EAST FIFTEENTH STREET, SUITE 320
FORT WORTH, TEXAS 76102
(817) 870-1996

~ADMITTED IN TEXAS ONLY
"ALSO ADMITTED IN RHODE ISLAND
†ALSO ADMITTED IN CONNECTICUT
^ALSO ADMITTED IN CALIFORNIA

April 8, 2004

Civil Clerk's Office
Middlesex Superior Court
40 Thorndike Street
Cambridge, MA  02141

   Re:   **Steven Wolberg v. MTD Products, Inc.**

Dear Sir/Madam:

Enclosed please find for filing in the above-referenced matter the following:

1. Complaint and Jury Demand;
2. Civil Action Cover Sheet; and
3. Filing Fee of $275.00.

Please stamp the "COPY" of the first page of the complaint with the docket number and return it to me in the enclosed envelope.

Thank you for your attention to this matter.

Very truly yours,

Peter J. Schneider

PJS:kad
Enclosure