U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
STEVEN WOLBERG,                     )
            PLAINTIFF               )
                                    )       CIVIL ACTION NO.: 04 10893NMG
VS.                                 )
                                    )
MTD PRODUCTS INC                    )
            DEFENDANT               )
```

## **JOINT SCHEDULING STATEMENT**

The parties in the above-captioned action, by their attorneys, submit the following

joint scheduling statement pursuant to the provisions of Fed. R. Civ. P. 16(b) and L.R.

16.1. An initial scheduling conference will be held at 2:15 P.M. on May 19, 2005.

    I.    **Obligation of Counsel to Confer**

Counsel have conferred in accordance with the provisions of L.R. 16.1. The

parties have agreed to explore the possibility of Alternative Dispute Resolution upon

completion of discovery.

    II.    **Proposed Joint Discovery Plan**

        **A.**

        i.      Plaintiff and Defendants to provide documents required by Fed. R.

Civ. P. 26(a) and L.R. 26(2) no later than May 31, 2005.

        ii.      The Plaintiff will make the subject snowthrower available for

inspection before June 30, 2005.

        iii.      All other non-exert discovery is to be completed by July 30, 2005.

    iv.    The Plaintiff is to identify its expert witnesses and make expert

disclosures, as required by Rule 26(a)(2) not later than August 30, 2005.

    v.    The Defendant is to identify their expert witnesses and make

expert disclosures, as required by Rule 26(a)(2) no later than September 30, 2005.

    vi.    Expert depositions to be completed by October 31, 2005.

    **B.**    **Filing of Motions**

    i.    Motions for Summary Judgment should be filed no later than

December 1, 2005.

    III.    The parties do not presently consent to trial before a Magistrate.

The Plaintiff,
STEVEN WOLBERG
By his attorney,
COOLEY MANION JONES LLP

_Peter Schneider (PJ)_

Peter J. Schneider (BBO #446520)
Patrick T. Jones (BBO #253960)
21 Custom House Street
Boston, MA 02110
(617) 737-3100

The Defendant,
MTD PRODUCTS INC
By its attorneys,
CURLEY & CURLEY, P.C.

Eugene F. Nowell
BBO #374860
27 School Street
Boston, MA 02108
(617) 523-2990