UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN WOLBERG,<br>        Plaintiff,<br><br>v.<br><br>MTD PRODUCTS, INC.<br>        Defendant. | CIVIL ACTION<br>NO.: 04-10893GAO |

## PLAINTIFF'S RULE 26 INITIAL DISCLOSURE

Pursuant to the provisions of Fed. Rule Civ. P. 26(a)(1) plaintiff Steven Wolberg hereby submits the following:

**A.   Persons with discoverable information:**

    1.   Steven Wolberg, plaintiff; and

    2.   Steven Wolberg's medical providers as identified in his medical records and at the deposition testimony he has provided.

**B.   Category and description of documents:**

    1.   medical records of plaintiff's diagnosis, treatment and therapy; and

    2.   medical bills related to plaintiff's diagnosis treatment and therapy.

Copies of all documents have been provided to defendant's counsel.

**C.   Damage computation:**

    1.   plaintiff incurred, medical, surgical and therapeutic bills in excess of $80,450.00;

    2.   plaintiff, is a self-employed real estate developer, does not make a claim for lost wages; and

3. plaintiff also seeks compensation for his pain, suffering, disfigurement, impairment and partial disability caused by severing the portion of the small finger in his left hand and the major breaking and crushing of bones in the middle three fingers of his hand, in an amount to be established by the jury.

> The Plaintiff,
> STEVEN WOLBERG,
> By his attorneys,
>
> /s/ Peter J. Schneider
> _____
> Patrick T. Jones (BBO# 253960)
> Peter J. Schneider (BBO# 446520)
> COOLEY MANION JONES LLP
> 21 Custom House Street
> Boston, MA 02110
> Tel: 617-737-3100
> Fax: 617-737-3113

DATED: June 8, 2005

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on 6/8/05.

/s/ Peter J. Schneider
_____