U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN WOLBERG,
    PLAINTIFF

VS.

MTD PRODUCTS INC
    DEFENDANT

CIVIL ACTION NO.: 04 10893NMG

### DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby state that they have conferred to discuss:

1. the budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Signed under the pains and penalties of perjury this ___16___ day of February, 2005.

By its attorneys,

CURLEY & CURLEY, P.C.

_____
Eugene F. Nowell
BBO #374860
27 School Street
Boston, MA 02108
(617) 523-2990

On behalf of MTD Products Inc

_David W. Herrington_ 2/16/05
David W. Herrington, Esquire
Wegman, Hessler & Vanderburg
6055 Rockside Woods Boulevard
Suite 200
Cleveland, OH 44131-2302
(216) 642-3342

## CERTIFICATE OF SERVICE

I, Eugene F. Nowell, attorney for the Defendant hereby certify that I served a true and correct copy of the above pleading by mailing postage prepaid to Peter J. Schneider, Esquire, Cooley Manion Jones, LLP, 21 Custom House Street, Boston, MA 021110.

_____
Eugene F. Nowell

Date: 6/9/05