UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN WOLBERG,
    Plaintiff,

v.

MTD PRODUCTS, INC.
    Defendant.

CIVIL ACTION
NO.: 04-10893NMG

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

This shall certify that counsel, and plaintiff, have conferred: (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Signed under the pain and penalties of perjury this __10th__ day of June, 2005.

Peter J. Schneider, Esq. (Plaintiff's Counsel)
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Steven Wolberg (Plaintiff)