UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Steven Wolberg,**

        **Plaintiff**

                                    CIVIL ACTION:04-10893-NMG

        V.

**MTD Products, Inc.,**

        **Defendant**

<u>**ORDER OF REFERENCE**</u>
<u>**FOR**</u>
<u>**ALTERNATIVE DISPUTE RESOLUTION**</u>

    After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to <u>**ADR provider**</u>  for the following ADR program:

| | | | |
|---|---|---|---|
| _____ | EARLY NEUTRAL EVALUATION | __X__ | MEDIATION |
| _____ | MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| _____ | SETTLEMENT CONFERENCE | _____ | SPECIAL MASTER |
| _____ | PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

    Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                                            NATHANIEL M. GORTON

                                                            UNITED STATES DISTRICT JUDGE

    <u>6/17/05</u>                                            By:   <u>/S/ *Craig J. Nicewicz*</u>
        DATE

**<u>CASE CATEGORY</u>**

| | | | |
|---|---|---|---|
| **Admiralty** | \_\_\_\_ | **Antitrust** | \_\_\_\_ |
| **Civil Rights** | \_\_\_ | **Contract** | \_\_\_\_ |
| **Copyright/Trademark/Patent** | \_\_\_\_ | **Environmental** | \_\_\_\_ |
| **ERISA** | \_\_\_\_ | **FELA** | \_\_\_\_ |
| **Labor Relations** | \_\_\_\_ | **Medical Malpractice** | \_\_\_\_ |
| **Personal Injury** | \_\_\_\_ | **Product Liability** | __X__ |
| **Shareholder Dispute** | \_\_\_\_ | | |
| **Other** | For a date in 10/2005 | | |