U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN WOLBERG,<br>        PLAINTIFF<br><br>VS.<br><br>MTD PRODUCTS INC<br>        DEFENDANT | CIVIL ACTION NO.: 04 10893NMG |

### MOTION OF DEFENDANT MTD PRODUCTS INC TO ADMIT DAVID W. HERRINGTON PRO HAC VICE

Now comes the Defendant MTD Products Inc and moves for the admission pro hac vice of David W. Herrington as co-counsel in this case and notes:

1. Eugene F. Nowell is a member in good standing of the bar of the Commonwealth of Massachusetts and is admitted to practice before this Court.

2. Eugene F. Nowell has filed an appearance in this action for the Defendant.

3. This Motion is accompanied by an Affidavit and Certificate of Good Standing submitted by David W. Herrington that complies with Local Rule 83.5.3.

The Defendant,
MTD PRODUCTS INC
By its attorneys,
CURLEY & CURLEY, P.C.

_____
Eugene F. Nowell
BBO #374860
27 School Street
Boston, MA 02108
(617) 523-2990

## CERTIFICATE OF SERVICE

I, Eugene F. Nowell, attorney for the Defendant, MTD Products Inc, hereby certify that I served a true and correct copy of the above pleading by mailing postage prepaid to Peter J. Schneider, Esquire, Cooley, Manion, Jones, LLP, 21 Custom House Street, Boston, MA 02110.

_____
Eugene F. Nowell, Esq.

Dated: ____8/16_____, 2005