UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVEN WOLBERG, | ) | CIVIL ACTION NO. 04 10893 GAO |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| vs. | ) | |
| | ) | |
| MTD PRODUCTS INC | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF DAVID W. HERRINGTON

1. I am a Partner in the law firm of Wegman, Hessler & Vanderburg located at Suite 200, 6055 Rockside Woods Boulevard, Cleveland, Ohio 44131.

2. I was admitted to the Bar of the highest Court of the State of Ohio in 1986; and the United States District Court for the Northern District of Ohio in 1987. I am a member in good standing in each of these Bars, and have not at any time been suspended or disbarred by any Court.

3. I am associated in this lawsuit with Eugene F. Nowell of the law firm Curley & Curley, 27 School Street, Boston, Massachusetts 02108 who has been retained by MTD Products Inc as local counsel in this matter, and who is qualified to practice in the Commonwealth of Massachusetts.

4. The law firm of Wegman, Hessler & Vanderburg and I have developed an attorney-client relationship with MTD Products Inc over an extended period of time, and have

developed expertise in the handling of products liability actions involving products manufactured by MTD Products Inc.

5. Defendant, MTD Products Inc has requested that my firm and I act to assist in its defense of the litigation in the above-captioned case.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. If admitted, I will comply with all terms and conditions for admission to practice pro hac vice as required by the highest Court of this Commonwealth.

7. I am not currently suspended or disbarred in any court. I have never been disbarred and I am not currently the subject of any disciplinary proceedings.

8. For the reasons set forth above, the undersigned believes that there is good cause for his admission pro hac vice under applicable law.

_____
David W. Herrington
Ohio Bar No. 0037025
WEGMAN, HESSLER & VANDERBURG
6055 Rockside Woods Blvd. #200
Cleveland, Ohio 44131
(216) 642-3342

Sworn to and subscribed to
before me this 8th day of August, 2005.

_____
Deborah L. Soboslay

DEBORAH L. SOBOSLAY
Notary Public, State of Ohio
My Comm. Expires 10-30-07