U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN WOLBERG,<br>        PLAINTIFF<br><br>VS.<br><br>MTD PRODUCTS INC<br>        DEFENDANT | CIVIL ACTION NO.: 04 10893NMG |

### JOINT PRE-TRIAL MEMORANDUM

Now come the parties and submit this memorandum in accordance with L.R. 16.5(D).

(1)  Summary of Evidence:

   (A)  Plaintiff Steven Wolberg

On December 26, 2002, the Plaintiff Steven Wolberg was operating a snowthrower manufactured and sold by the Defendant MTD Products Inc in the driveway of his residence. While attempting to clear a clog in the discharge chute, his left hand became trapped causing severe crush and fracture injuries to his left hand and fingers and a complete amputation of the tip of his left smallest finger. Mr. Wolberg's injuries necessitated several surgical procedures and medical bills exceed $81,000. He has incurred a 44% permanent finger impairment, 28% total hand impairment and 15% whole person impairment per AMA guidelines. Mr. Wolberg alleges the defendant MTD Products Inc is liable for his injuries as the warning labels on the MTD snowthrower were deficient causing the machine to be defective. Mr. Wolberg alleges the label failed

to communicate an essential element, the means to avoid injury, and failed to include information that one should never put a hand into the discharge chute.

    (B)    <u>MTD PRODUCTS INC</u>

The Defendant denies the subject snowthrower was defective and denies it is liable. The Defendant will offer evidence showing that the Plaintiff purchased this machine used from an acquaintance and failed to obtain a copy of the Owner's Manual which provides critical instructions for use despite the fact that the Plaintiff had no experience whatsoever in the operation of snowthrowers or any other outdoor power equipment. The Plaintiff's accident occurred when he failed to follow critical instructions to shut the engine off before unclogging the discharge chute, an instruction contained in the Owner's Manual and on a DANGER LABEL, affixed to the discharge chute. MTD Products will offer evidence showing the subject snowthrower was designed to and met all ANSI requirements and that the discharge chute DANGER label depiction and text come directly from the applicable ANSI standard. MTD Products will offer expert testimony explaining that the Plaintiff's accident could not have occurred if he simply followed the instruction which he admits he did read on the machine.

    (2)    <u>Uncontested Facts</u>

The subject snowthrower was designed and manufactured by the defendant, MTD Products Inc

The Plaintiff did sustain hand injuries while using the snowthrower on December 16, 2002

The Defendant does not contest the necessity and reasonableness of medical treatment claimed.

No claim for lost income is made by the Plaintiff.

(3)   Contested Factual Issues

There may be some factual dispute as to the specific physical movements made by the Plaintiff during the happening of the accident but any such dispute does not give rise to any unique jury issue. In this product liability claim, liability and the amount of damages is contested.

(4)   Jurisdictional Questions

None.

(5)   Questions Raised By Pending Motion

The Plaintiff's expert report makes reference to subsequent changes or revisions to snowthrower warning labels. The Defendant contends subsequent changes or revisions are irrelevant and inadmissible and will make a Motion in Limine on such issue.

(6)   Issues of Law

See (3) above.

Federal Rule of Evidence 407. Evidence of subsequent changes in instructions or warning labeling are not admissible to prove negligence or a defect in a product or a need for warning or instruction. MTD Products Inc will move to exclude all evidence of the content of instructions and labeling on later-produced snowthrowers.

(7)   Requested Amendments to Pleadings

None.

(8)   Additional Matters to Aid in Disposition

None.

(9)   Probable Length of Trial

2-3 days.

(10) <u>Witness List</u>

Plaintiff Steven Wolberg, 234 Arnold Street, Newton, MA (617-332-6852)

Barbara Wolberg, 234 Arnold Street, Newton, MA (617-332-6852)

Samuel Glucksberg, PH.D., Princeton University, Princeton, New Jersey (619) 258-4431

Gary F. Rogers, M.D., 300 Longwood Avenue, Boston, MA (617) 355-8509

Daniel Martens, 15463 Old Oak Drive, Strongsville, Ohio (330) 558-3349

(11) <u>Proposed Exhibits</u>

MTD snowthrower

Plaintiff's medical records

Medical bills

MTD video of plaintiff's snowthrower

Assorted snowthrower photographs

ANSI B71.3-1984 Safety Specification for Snowthrowers

MTD Owner's Manual

(12) <u>Party's Positions on Objections of Evidence</u>

The Plaintiff reserves the right to oppose he Defendant's Motion in Limine on Evidence of Subsequent Changes and Revisions to Warnings.

| The Plaintiff, | The Defendant, |
|---|---|
| STEVEN WOLBERG | MTD PRODUCTS INC |
| By his attorney, | By its attorneys, |
| COOLEY MANION JONES LLP | CURLEY & CURLEY, P.C. |
| | |
| /s/ Peter Schneider, Esquire | /s/ Eugene F. Nowell |
| Patrick T. Jones (BBO #253960) | Eugene F. Nowell |
| Peter Schneider (BBO #446520) | BBO #374860 |
| 21 Custom House Street | 27 School Street |
| Boston, MA 02110 | Boston, MA 02108 |
| (617) 737-3100 | (617) 523-2990 |

Date:   February 15, 2006