U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN WOLBERG,<br>      PLAINTIFF<br><br>VS.<br><br>MTD PRODUCTS INC<br>      DEFENDANT | CIVIL ACTION NO.: 04 10893GAO |

## STIPULATION OF DISMISSAL

Now come the parties to the above-entitled action pursuant to Fed. R. Civ. P. Rule 41) and hereby stipulate that all claims pertaining to this matter may be dismissed with prejudice and without costs.

| Plaintiff, Steven Wolberg | Defendants, MTD Product Inc |
|---|---|
| By his attorney, | By its Attorneys, |
|  | CURLEY & CURLEY, P.C. |
|  |  |
| S/Peter J. Schneider | S/Eugene F. Nowell |
| Peter J. Schneider | Eugene F. Nowell |
| BBO No. 446520 | BBO No. 374860 |
| Cooley Manion Jones, LLP | 27 School Street |
| 21 Custom House Street | Boston, MA 02108 |
| Boston, MA 02110 |  |

Dated: May 25, 2006